| | |
|---|---|
| Stephen M. Doniger (SBN 179314) | Zsofia Nemeth, State Bar No. 298240 |
| stephen@donigerlawfirm.com | counsel@mintalaw.com |
| Scott Alan Burroughs (SBN 235718) | **MINTA LAW GROUP LC** |
| scott@donigerlawfirm.com | 18757 Burbank Boulevard, Suite 227 |
| Trevor W. Barrett (SBN 287174) | Tarzana, California 91356-3346 |
| tbarrett@donigerlawfirm.com | Telephone: (747) 223-5722 |
| DONIGER / BURROUGHS | |
| 603 Rose Avenue | Attorney for Defendant and |
| Venice, California 90291 | Counterclaimant Kim International |
| Telephone: (310) 590-1820 | Manufacturing L.P. |
| | |
| Attorneys for Plaintiff | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| KIRK KARA CORP., a California corporation, | Case No.: **2:20-cv01929-CBM-DFM** |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| KIM INTERNATIONAL MANUFACTURING L.P., a Texas limited partnership; and DOES 1 through 10, | |
| Defendants. | |
| KIM INTERNATIONAL MANUFACTURING L.P., a Texas limited partnership | |
| Counterclaimant, | |
| vs. | |
| KIRK KARA CORP., a California corporation, | |
| Counterclaim Defendant. | |

1
**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER**

The Court, having considered the Stipulated Protective Order jointly presented by the Parties, and finding that good cause exists, hereby GRANTS the joint stipulation of the Parties and enters the Stipulated Protective Order.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: March 26, 2021

_____
Hon. Douglas F. McCormick
United States Magistrate Judge